AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>**WILLIAM AMBROSE SIMPSON, II**<br>*Defendant* | ) ) ) ) ) ) | Case No.   2:24-mj-460-EJY<br><br>Charging District:   North Carolina<br>Charging District's Case No.   1:24-cr-141 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  North Carolina Middle District Court<br>United States Post Office and Courthouse<br>323 East Chapel Hill Street, Room 2<br>Durham, NC 27701-7702 | Courtroom No.:  TDB<br><br>Date and Time:  May 28, 2024 at 10:00a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   May 16, 2024

*Judge's signature*

ELAYNA J. YOUCHAH, United States Magistrate Judge
*Printed name and title*



FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

MAY 1 6 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY